```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00861
   PAUL E MULLEN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8634

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/18/2007 and was confirmed 06/04/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
CITIMORTGAGE                 CURRENT MORTG        .00            .00            .00
CITI MORTGAGE                UNSEC W/INTER  NOT FILED            .00            .00
CITIMORTGAGE                 MORTGAGE ARRE        .00            .00            .00
CITIMORTGAGE                 NOTICE ONLY    NOT FILED            .00            .00
MCCALLA RAYMER               NOTICE ONLY    NOT FILED            .00            .00
TROTT & TROTT PC             NOTICE ONLY    NOT FILED            .00            .00
FORD MOTOR CREDIT            SECURED VEHIC    6832.19          49.20        1436.81
FORD MOTOR CREDIT CORPOR     NOTICE ONLY    NOT FILED            .00            .00
SHERMAN & SHERMAN            NOTICE ONLY    NOT FILED            .00            .00
AEGIS MORTGAGE CORP          UNSEC W/INTER  NOT FILED            .00            .00
AMEX                         UNSEC W/INTER  NOT FILED            .00            .00
DTE ENERGY                   UNSEC W/INTER  NOT FILED            .00            .00
DTE ENERGY                   UNSEC W/INTER  NOT FILED            .00            .00
FIRST PREIMER BANK           UNSEC W/INTER  NOT FILED            .00            .00
PINNACLE BANK                NOTICE ONLY    NOT FILED            .00            .00
HOLIDAY COMPANIES            UNSEC W/INTER  NOT FILED            .00            .00
SBC WIRELESS COMMUNICATI     UNSEC W/INTER  NOT FILED            .00            .00
SPEEDWAY                     UNSEC W/INTER  NOT FILED            .00            .00
STRAITS FCU                  UNSEC W/INTER  NOT FILED            .00            .00
STRAITS FCU                  UNSEC W/INTER  NOT FILED            .00            .00
TAYLOR RENTAL                UNSEC W/INTER     161.90            .00            .00
THIS OLD HOUSE               UNSEC W/INTER  NOT FILED            .00            .00
ASSET ACCEPTANCE LLC         UNSEC W/INTER     102.47            .00            .00
AMERICAN EXPRESS TRAVEL      UNSEC W/INTER      13.81            .00            .00
STATE OF MICHIGAN            PRIORITY            .00             .00            .00
ZALUTSKY & PINSKI LTD        REIMBURSEMENT    354.00             .00            .00
STATE OF MICHIGAN            UNSEC W/INTER    200.00             .00         200.00
ZALUTSKY & PINSKI LTD        DEBTOR ATTY    3,000.00                         464.33
TOM VAUGHN                   TRUSTEE                                         149.66
DEBTOR REFUND                REFUND                                             .00

     Summary of Receipts and Disbursements:

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 00861 PAUL E MULLEN
```

```
------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   2,300.00

PRIORITY                                           .00
SECURED                                       1,436.81
    INTEREST                                     49.20
UNSECURED                                       200.00
ADMINISTRATIVE                                  464.33
TRUSTEE COMPENSATION                            149.66
DEBTOR REFUND                                      .00
                       ---------------   ---------------
TOTALS                    2,300.00           2,300.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 02/26/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                       PAGE   2
        CASE NO. 07 B 00861 PAUL E MULLEN